**Order entered March 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01493-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### PROSPERITY BANK, JO'EL DOE, KEENA CLIFTON, AND NAOMI THAMES, Appellees

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-05352-2016

## ORDER

By order dated March 20, 2019, we abated the deadlines for appellant to file her amended designation of the reporter's record and for the reporter to file the record pending the trial court's hearing on the reporter's contest to appellant's statement of inability to afford costs. As directed to do so by our March 20th order, Collin County District Clerk Lynne Finley has filed a supplemental clerk's record containing a copy of the trial court's order on the contest. The order sustains the contest and finds appellant not indigent.

Although we abated the deadline for the filing of the amended designation, appellant filed the amended designation on March 26, 2019. Accordingly, based on the trial court's ruling, we **ORDER** appellant to file, no later than April 9, 2019, written verification she has paid or made

arrangements to pay for the designated record.  If payment arrangements or payment in full is made, the reporter shall file the record no later than May 9, 2019.  If appellant fails to file the requested verification, the appeal may be submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

We **DENY** appellees' March 28, 2019 motion to modify the March 7th order as moot.

We **DIRECT** the Clerk of the Court to send a copy of this order to Sheri J. Vecera, Official Court Reporter for the 199th Judicial District Court, and the parties.


/s/ BILL WHITEHILL
   JUSTICE